

CLERK, U.S. DISTRICT COURT

DEC 2 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEE NEWLAND,<br><br>Defendant. | Case No.  2:23-CR-00370-FMO<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On December 18, 2023, Defendant James Lee Newland made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on November 3, 2023.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒ allegations in the petition include failure to comply with supervised release condition by committing another crime, specifically possession of a firearm and ammunition by a convicted felon, and the Violation Report identifies other prior violations of supervised release conditions.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒ allegations in the petition and criminal history.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

DATED:  December 18, 2023

*Patricia Donahue*

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2